UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| LEONARDO MARROQUIN, | ) | |
| ID # 81568-079, | ) | CIVIL ACTION NO. |
| | ) | |
| Petitioner, | ) | 3:08-CV-0489-G (BH) |
| | ) | |
| VS. | ) | CRIMINAL ACTION NO. |
| | ) | 3:05-CR-264(16)-G |
| UNITED STATES OF AMERICA, | ) | |
| | ) | **ECF** |
| Respondent. | ) | |

## ORDER

After reviewing all relevant matters of record in this case, including the findings, conclusions, and recommendation of the United States Magistrate Judge and any objections thereto, in accordance with 28 U.S.C. § 636(b)(1), the undersigned district judge is of the opinion that the findings and conclusions of the magistrate judge are correct and they are accepted as the findings and conclusions of the court.

**SO ORDERED**.

January 12, 2009.

_____
**A. JOE FISH**
**Senior United States District Judge**